IN

## THE SUPREME COURT OF JUDICATURE

OF THE

## STATE OF NEW-YORK,

IN AUGUST TERM, 1816, IN THE FORTY-FIRST YEAR OF OUR
INDEPENDENCE.

———

### WATTS against TAYLOR.

THE defendant was arrested and held to bail in an action of debt, brought to recover the penalty given by the 14th section of " the act concerning distresses, rents, &c., (sess. 36. ch. 63. 1 N. R. L. 434—437.,) which declares, that if any tenant, or lessee, shall remove and convey away, &c., his goods or chattels, from the demised premises, leaving the rent unpaid, &c., he shall forfeit and pay to the landlord or lessor, or his heirs or assigns, &c., double the value of the goods carried off or concealed, to be recovered in any action of debt, in any court of record.

The recorder of the city of *New-York* having ordered the defendant to be discharged on filing common bail,

*Sedgwick*, for the plaintiff, now moved to vacate the order of the *recorder*, and that the defendant be held to bail. He cited 2 *Term Rep.* 154. 1 *Hen. Bl.* 10.

*In an action of debt to recover the penalty given by the 14th section of " the act concerning distresses, rents," &c , the defendant may be held to bail.*

ALBANY,
August, 1816.

Ross
v.
DOLE.

*Goodenow*, contra, contended, that this was an action on a penal statute, in which, according to the settled rule of practice in the *English* courts, the defendant could not be held to bail. He cited *Tidd's Pr.* 152. *Yelv.* 53. *Gilb. C. P.* 37.

*Per Curiam.* This is a motion to vacate the order of the recorder of New-York, for discharging the defendant on common bail. The action is founded upon the 14th section of the statute " concerning distresses, rents, and removal of leases," (1 *R. L.* 437.) for removing goods from the demised premises, leaving the rent unpaid. This is not a popular action. The penalty is given to the landlord or lessor, and is double the value of the goods carried off. The right of action vests in the party aggrieved, as soon as the grievance is committed. And GOULD, J., says, in the case of *Ward* v. *Snell*, (1 *Hen. Bl. Rep.* 13.) an action for such penalty is like an action on a bond to recover a debt already due, and the plaintiff, if he recovers in such case, is entitled to costs. The defendant was properly held to bail; and if there be any complaint with respect to the amount, the recorder, or a judge, at his chambers, can mitigate the bail.

Motion granted.